# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

## COURTROOM MINUTES

---

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: April 13, 2012 |
| Court Reporter: Janet Coppock | Time: 15 minutes |
| Probation Officer: Sergio Garza | Interpreter: n/a |

**CASE NO.  11-CR-00450-PAB**

| Parties | Counsel |
|---|---|
| **UNITED STATES OF AMERICA,** | John Canedy |
| Plaintiff, | |
| vs. | |
| **ALEXIS CERVANTES-SANCHEZ,** | Matthew Belcher |
| Defendant. | |

---

## SENTENCING

---

**2:32 p.m.     COURT IN SESSION**

APPEARANCES OF COUNSEL.   Defendant is present and in custody.

**ORDERED:**  The statement of facts in the Plea Agreement and the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

Page Two
11-CR-00450-PAB
April 13, 2012

Argument by Mr. Belcher in support of defendant's motion for downward variance and comments addressing sentencing.

Argument by Mr. Canedy in support of Government's request for one-level downward departure from the applicable offense level and comments addressing sentencing.

Defendant addresses the Court.

Court states its findings and conclusions.

**ORDERED:**  Defendant's Motion for Downward Variance (Doc #16) is **DENIED.**

**ORDERED:**  Government's Request for a One-Level Downward Departure From The Applicable Offense Level (Doc #19) is **GRANTED.**

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Defendant entered his plea on **January 6, 2012** to the **Indictment.**

**ORDERED:**  Court **ACCEPTS** the Plea Agreement.

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:**  Defendant shall be **imprisoned** for **8** months.

**ORDERED:**  Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.

Defendant is advised that if he enters or remains in the United States illegally, possesses a firearm or illegally possesses a controlled substance, he/she may be subject to further federal prosecutions.

**ORDERED:**  Defendant advised of right to appeal. To the extent to which the defendant has waived some appellate rights, he is directed to consult with the plea agreement and his attorney.  Any notice of appeal must be filed within 14 days.

**ORDERED:**  A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

Page Three
11-CR-00450-PAB
April 13, 2012

**ORDERED:**  Defendant is REMANDED to the custody of the U.S. Marshal.

**2:47 p.m.     COURT IN RECESS**

**Total in court time:   15 minutes**

**Hearing concluded**